Argued July 18, affirmed August 22, 1977

## JENKINS, *Respondent,*
### *v.*
## TRAVIS, *Appellant.*
### (No. E 4488, CA 7339)

567 P2d 624

Raul Soto-Seelig, Portland, argued the cause and filed the brief for appellant.

Daniel E. Van Vactor, Bend, argued the cause for respondent. With him on the brief was Van Vactor & Kolb, Bend.

Before Schwab, Chief Judge, and Tanzer and Johnson, Judges.

PER CURIAM.

Affirmed. *Greisamer and Greisamer,* 276 Or 397, 555 P2d 28 (1976); *Sarty v. Forney,* 12 Or App 251, 506 P2d 535 (1973). No costs to either party.